IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| CARLOS P. RODRIGUEZ,<br><br>       Plaintiff,<br><br>vs.<br><br>JOSE M. VAZQUEZ, Warden;<br>Mrs. WALKER, Nurse;<br>Mr. COOPERSMITH, P.A., and<br>Dr. BURGOS, Individually and in<br>their official capacities,<br><br>       Defendants. | :<br>:<br>:<br>:    CIVIL ACTION NO.: CV206-265<br>:<br>:<br>:<br>:<br>: |

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against Defendants Vazquez, Walker, Coopersmith, and Burgos in their official capacities are **DISMISSED**. Plaintiff's state tort law claims against Defendants Walker and Coopersmith are also **DISMISSED**.

**SO ORDERED**, this 11 day of January, 2007.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)